No. 369.   SIOUX TRIBE OF INDIANS *v.* UNITED STATES. October 28, 1946.   On petition for writ of certiorari to the Court of Claims.   Dismissed on motion of counsel for the petitioner.   *Ralph H. Case* and *James S. Y. Ivins* for petitioner.   *Solicitor General McGrath* for the United States.

No. 504.   MARR, DOING BUSINESS AS MARR DUPLICATOR Co., *v.* A. B. DICK Co.

November 12, 1946.   *Per Curiam:* The petition for writ of certiorari is granted.   The judgment of the Circuit Court of Appeals is vacated and the cause is remanded to that court for consideration of the question, raised by the Solicitor General in his memorandum, as *amicus curiae,* "whether respondent's prosecution of the instant case may not constitute a fraud upon the courts."   *C. P. Goepel* and *Edward D. Bolton* for petitioner.   *Robert W. Byerly* and *Ralph M. Watson* for respondent.   *Solicitor General McGrath* filed a brief for the United States as *amicus curiae.*

No. 42, Misc.   EX PARTE JAMES.   November 12, 1946. The motion for leave to file petition for writ of certiorari is denied.